UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:
SOUTH FULTON HOSPITAL
CERTIFICATE HOLDER LITIGATION

CIVIL ACTION FILE
NO. 1:02-cv-1244-JOF

## JUDGMENT

This action having come before the court, Honorable J. Owen Forrester, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for plaintiffs lack of standing to bring the instant case.

Dated at Atlanta, Georgia, this 28th day of March, 2003.

LUTHER D. THOMAS
CLERK OF COURT

By: _Andrea Gee_
Andrea Gee, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 31, 2003
Luther D. Thomas
Clerk of Court

By: _Andrea Gee_
Deputy Clerk